IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GARLAND D. BUTLER                                                                          PETITIONER

v.                                          No. 2:19-CV-02138

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                            RESPONDENT

## ORDER

The Court has received a report and recommendations (Doc. 14) from United States Magistrate Judge Mark E. Ford. The Magistrate Judge recommends the Court deny the petition (Doc. 1) for writ of habeas corpus under 28 U.S.C. § 2254. No objections have been filed and the deadline to object has passed. The Court has carefully reviewed the report and recommendations and agrees with the Magistrate Judge's analysis. The report and recommendations is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the petition (Doc. 1) for writ of habeas corpus is DENIED and this case is DISMISSED WITH PREJUDICE. Judgment will be entered separately.

IT IS SO ORDERED this 25th day of March, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE