IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GARLAND D. BUTLER                                                                    PETITIONER

v.                                      No. 2:19-CV-02138

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                     RESPONDENT

## JUDGMENT

Pursuant to the order entered in this case, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 25th day of March, 2020.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE